**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

IN RE:  CHAPTER 13
Latitia McCree  CASE NO: **19-53996-tjt**
  JUDGE: Tucker

Debtors.
_____/

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Walter A. Metzen, attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,500.00** in fees and **$0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: **$3,500.00** shall be paid by the Trustee as an administrative expense of this case to be paid as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: **[*Only provisions checked below apply*]**

**X** Debtor's plan payments shall increase to $1,843.58 per BI-WEEKLY, effective February 1, 2024, upon the completion of debtor's retirement loan payments.

**X** Toyota Motor Credit Corporation shall have a Class 5.1 Crammed Down claim with collateral valued at $19,000.00 and interest of 6% per annum. The Trustee shall make equal monthly installment payments on this claim of approximately $368.00 per month.

/s/Tammy L. Terry  /s/ Molly Simons  /s/ Walter Metzen
Tammy L. Terry, (P46254)  Sottile & Barile  Law Offices of Walter A. Metzen
535 Griswold Street  Attorneys for Creditor  Walter A. Metzen (P49779)
Suite 2100  Toyota Motor Credit Corporation  Attorneys for Debtor
Detroit, MI 48226    3156 Penobscot
(313) 967-9857    645 Griswold
    Detroit, MI 48226
    (313) 962-4656
    detroitbankruptcylawyer@gmail.com

**Signed on December 21, 2019**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**